JOHN F. WIGHT *versus* JOHN M. BARBOUR, JOHN SILSBE, JOHN HUDSON, DANIEL G. GARNSEY, BENJAMIN H. BERTRAND,

JOSEPH BERTRAND, Sr., MADELINE BERTRAND, JOSEPH BERTRAND, Jr., EDWIN I. GARNSEY, DANIEL INGLIS, and JAMES WILLIAMS.

PAPERS IN FILE (1836–40): (1) Bill of complaint, order for injunction; (2) exhibits referred to in bill of complaint: (a) copy of deed— Joseph Bertrand and others to John Silsbe and Daniel G. Garnsey; (b) copy of deed— John Silsbe and wife to Daniel G. Garnsey; (c) copy of deed— John Silsbe and wife to Daniel Inglis; (d) contract of sale— John Hudson and Daniel G. Garnsey and assignment— Daniel G. Garnsey to John F. Wight; (e) copy of release— John Silsbe and wife to John M. Barbour; (g) bond— Joseph Bertrand, Jr., to Daniel G. Garnsey; (3) writ of injunction and return; (4) writ of subpoena and return; (5) sheriff's bill of fees; (6) affidavit of non-residence; (7) supplemental bill addressed "To the Honorable Elon Farnsworth, Chancellor of the State of Michigan"; (8) writ of subpoena and return; (9) motion for decree pro confesso; (10) demurrer; (11) affidavit of publication and motion to take bills as confessed; (12) answer of Joseph Bertrand, Jr.; (13) answer of Joseph Bertrand, Sr.; (14) answer of Benjamin H. Bertrand; (15) answer of John Silsbe; (16) motion to take bills as confessed; (17–20) replications; (21) motion for reference to take testimony; (22) answer of John M. Barbour; (23) replication; (24) motion for rule on commissioners to return testimony; (25) affidavits of special commissioners; (26) depositions of Daniel G. Garnsey, John G. Bond, and Edwin S. Garnsey, and various exhibits; (27) deposition envelope; (28) motion by Daniel Goodwin to strike his name as solicitor; (29) final decree signed by Chancellor Farnsworth.
*Chancery Case* 228 of 1836.